1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   MARK D PHILLIPS,                        No.  CV 12-04913 LB
9          Plaintiff,                       **ORDER**
10    v.
11  JOHNSON & JOHNSON SERVICES INC,
12          Defendant.
                                        /
13
14  GOOD CAUSE APPEARING THEREFOR,
15         IT IS ORDERED that this case is reassigned to the **Honorable Susan Illston** in the **San**
16  **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall
17  bear the **initials SI** immediately after the case number. All hearing dates presently scheduled are
18  vacated and motions should be renoticed for hearing before the judge to whom the case has been
19  reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a
20  magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed
21  for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.
22  Civ. P. 72(b).
23
24                                          FOR THE EXECUTIVE COMMITTEE:
25
26  Dated:  September 27, 2012
27  rev 4-12                                Richard W. Wieking
                                            Clerk of Court
28

**United States District Court**
For the Northern District of California